UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEJANDRO TAVERAS ROSARIO,

                                Plaintiff,              23 Civ. 10003 (PAE)

                    -v-

FEDERAL EXPRESS CORP., *et al.*,                  ORDER

                                Defendants.

PAUL A. ENGELMAYER, District Judge:

      On November 13, 2023, the Court ordered counsel for the removing defendants to serve on all other parties and submit to the Court within 14 days (that is, by November 27, 2023) a letter providing the following information:

1. Whether all defendants who had been served at the time of removal joined in the notice of removal.

2. Whether the notice of removal was dated more than 30 days after the first defendant was served.

3. If the action has been removed on the grounds of diversity jurisdiction, the citizenship of all named plaintiffs and all named defendants (including the citizenship of all members or partners in any non-corporate entity), if such states of citizenship were not set forth in the notice of removal.

Dkt. 3. The Court further ordered counsel for both parties to submit a proposed case management plan and joint letter no later than November 29, 2023 in advance of the initial pretrial conference in this case, scheduled for December 5, 2023.

      As of November 30, 2023, however, the Court has received no further correspondence from the parties, nor have the removing defendants filed proof of service of the Court's prior order (if they have indeed served the order at all). The Court therefore orders as follows. First, counsel for the removing defendants must file the letter contemplated in the Court's earlier order,

and serve a copy on plaintiff, by **December 4, 2023**.  Second, the parties must submit a proposed case management plan and joint letter, also by **December 4, 2023**.  Third, counsel for the removing defendants must serve a copy of the Court's two orders in this case on plaintiff by **November 31, 2023**.  Proof of such service must be filed promptly with the Court.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: November 30, 2023
New York, New York