UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEJANDRO TAVERAS ROSARIO,

        Plaintiff,

-against-

FEDERAL EXPRESS CORP., et al.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/8/2024

23-CV-10003 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    A judicially-supervised settlement conference is scheduled to take place before Judge Moses on April 3, 2024. (Dkt. 15.) Judge Engelmayer has just issued an Amended Civil Case Management Plan and Scheduling Order (Dkt. 24), extending the fact discovery deadline to May 31, 2024, while noting that the parties request a mediation "at the close of discovery." (*Id.* at 2.) If the parties wish to reschedule their settlement conference, they shall contact my chambers by email no later than **March 15, 2024**, to jointly propose mutually convenient dates at the close of discovery for the settlement conference.

Dated: New York, New York
       March 8, 2024

SO ORDERED.

_____
**BARBARA MOSES**
United States Magistrate Judge