```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/21/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEJANDRO RAVERAS ROSARIO,

          Plaintiff,

-against-

FEDERAL EXPRESS, CORP., et al.

23-CV-10003 (PAE) (BCM)

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    The settlement conference scheduled for April 3, 2024 is hereby ADJOURNED to **June 13, 2024**, at **2:15 p.m.** The parties shall submit their Confidential Settlement Letters and Acknowledgment Forms (*see* Dkt. 15 ¶¶ 3, 5) no later than **June 6, 2024**.

Dated: New York, New York
       March 21, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**