# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/17/2024

Demi Sophocleous
Telephone 212-428-2498
Facsimile 646-576-8913
dsophocleous@morrisonmahoney.com

Laura R. McKenzie
Direct Phone: (212) 428-2481
Direct Fax:  646-576-8942
lmckenzie@morrisonmahoney.com

WALL STREET PLAZA
88 PINE STREET, SUITE 1900
NEW YORK, NY 10005
212-825-1212

MASSACHUSETTS
BOSTON
FALL RIVER
SPRINGFIELD
WORCESTER

CONNECTICUT
BRIDGEPORT
HARTFORD

ENGLAND
LONDON

NEW HAMPSHIRE
MANCHESTER

NEW JERSEY
PARSIPPANY

NEW YORK
NEW YORK

RHODE ISLAND
PROVIDENCE

# MEMO ENDORSED

June 17, 2024

Magistrate Judge Barbara Moses
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Alejandro Taveras Rosario v. Federal Express Corp, et al.
      Index No.: 23-civ-10003 (PAE)

Dear Honorable Judge Moses:

    This office represents the Defendants Federal Express Corp. and Wyatt Cleston in the above-referenced action. We submit this letter with the consent of plaintiff's counsel to serve as an update regarding the status of discovery on this matter and to request an adjournment of the settlement conference on June 26, 2024.

    Our office recently received the initial disclosures from Plaintiff in compliance with the Second Amended Case Management Plan so-ordered by Hon. Paul Engelmayer. Our office is still awaiting complete copies of the plaintiff's medical records in response to the processed authorizations and the deposition of the plaintiff as to damages, as well as any IMEs, remains outstanding. Therefore, as there is still outstanding discovery, the parties are respectfully requesting an adjournment of the June 26, 2024 settlement conference before Magistrate Judge Moses so that discovery as to damages can be completed in order for the parties to be able to engage in meaningful settlement discussions.

    Please advise regarding the requested adjournment and provide possible new dates.

    We thank the Court in advance for its time and attention.

103633809

**MORRISON MAHONEY LLP**

June 17, 2024
Page 2

                        Respectfully submitted,

                        **MORRISON MAHONEY LLP**

                        Demi Sophocleous

                        Laura R. McKenzie

Application DENIED without prejudice to renewal. The Court's staff previously provided the parties with several available dates in July and August, 2024, for an adjourned settlement conference. It is now the parties' turn. If the dates previously offered are unworkable, the parties must propose three dates (Monday - Thursday, at 2:15 p.m.) on which all relevant parties can be available for a settlement conference. SO ORDERED.

_____
**BARBARA MOSES**
United States Magistrate Judge
June 17, 2024

103633809
103633809
103633809
103633809